Don SMITH, d/b/a Smith, Brown & Jones, Respondent,

v.

Gordon STOA, Appellant.

No. WD 49773.

Missouri Court of Appeals, Western District.

May 23, 1995.

Rehearing Denied June 27, 1995.

Byron Baker, Kansas City, for appellant.

Martha Halvordson, Kansas City, for respondent.

Before HANNA, P.J., and SPINDEN and LAURA DENVIN STITH, JJ.

## *ORDER*

PER CURIAM.

Defendant appeals the trial court's judgment in favor of the plaintiff for breach of contract awarding plaintiff $13,964.17 and prejudgment interest of $2770.86. Although the trial court correctly determined the relevant time periods during which plaintiff was entitled to prejudgment interest, it mistakenly inserted incorrect numbers into the calculation. Therefore, the judgment is affirmed in all respects except that the trial court's computation of prejudgment interest is modified from $2770.86 to $1524.89. Because there is no precedential value in publishing an opinion, we issue this Rule 84.16(b) order.